UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| CHRISTINE L. SIMMONS,<br><br>          Plaintiff,<br><br>     v.<br><br>MICHEAL J. ASTRUE,<br>Commissioner of Social Security,<br><br>          Defendant. | No. EDCV 06-979 FFM<br><br>JUDGMENT OF REMAND |

The Court having entered an Order pursuant to Sentence 4 of 42 U.S.C. § 405(g).

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the above-captioned action is remanded to the Commissioner of Social Security for further proceedings consistent with the Order dated February 27, 2008.


DATED:  February 27, 2008            / S / FREDERICK F. MUMM
                                     FREDERICK F. MUMM
                                     United States Magistrate Judge